IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KEVIN E. HORNYCH,**                            3:10-CV-1190-BR

    **Plaintiff,**                          **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

    **Defendant.**

    Based on the Court's Opinion and Order issued November 2, 2011,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 3rd day of November, 2011.

    /s/ Anna J. Brown

    ANNA J. BROWN
    United States District Judge

1 - JUDGMENT OF REMAND